NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000126
07-FEB-2017
11:46 AM

NO. CAAP-16-0000126

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RAYMOND V. RAMES, Claimant-Appellant,
v.
STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., Employer-Appellee,
and
SEDGWICK CMS - HAWAII, Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(DCD NO. 4-10-00380)

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Amended Order filed on February 1, 2017, is hereby corrected at page 1 to reflect the correct agency case ID number in the caption section, by replacing "DCD NO. 4-07-01134" with "DCD NO. 4-10-00380".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 7, 2017.

FOR THE COURT.

Associate Judge

---

[1] Leonard, Presiding Judge, Reifurth and Ginoza, JJ.